## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KHADIJAH TRIBBLE,<br><br>    Plaintiff,<br>v.<br><br>CURALEAF HOLDINGS, INC.,<br>and MATTHEW DARIN,<br><br>    Defendants. | Civil Action No. 1:24-cv-12760 |

### DEFENDANTS' SECOND ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Curaleaf Holdings, Inc., and Matthew Darin (collectively "Defendants") jointly request the Court grant Defendants an additional three (3) days, up to and including January 13, 2025, to file an answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, Defendants state as follows:

1. On or about October 31, 2024, Plaintiff Khadijah Tribble ("Plaintiff") commenced a civil action against Defendants in this Court.

2. Defendants accepted service of the Complaint on or about November 4, 2024, without waiving any defenses or objections to the lawsuit, the court's jurisdiction, or the venue of the action.

3. The answer or response to the Complaint was originally due on January 3, 2025.

4. On or about December 30, 2024, this Court granted Defendants' Assented-to Motion to Extend the Deadline to Answer or Otherwise Respond to the Complaint.

5. The answer or response to the Complaint is now due on January 10, 2025.

6. As referenced in their first Assented-to Motion to Extend the Deadline to Answer or Otherwise Respond to the Complaint, Defendants are evaluating whether or not this Court has

personal jurisdiction over the individual defendant, Matthew Darin, and are in the process of scheduling a meeting with Plaintiff's counsel to confer regarding a potential motion to dismiss on that basis, pursuant to this Court's Local Rule 7.1(a)(2).

7. The first available time for Defendants' counsel and Plaintiff's counsel to meet and confer is Monday, January 13, 2025.

8. Accordingly, Defendants require a brief extension of time to meet and confer with Plaintiff's counsel regarding the potential motion to dismiss prior to responding to the Complaint.

9. The granting of this extension will not prejudice the Court or any parties to this action and will not delay the proceedings.

WHEREFORE, Defendants request that they be granted until January 13, 2025, to file a response to Plaintiff's Complaint.

| ASSENTED TO BY: | Defendant, |
|---|---|
| PLAINTIFF, | CURALEAF HOLDINGS, INC., |
| KHADIJAH TRIBBLE | By their counsel, |
| By her attorney, | */s/ Keith Taubenblatt*_____ |
|  | Keerthi Sugumaran (BBO No. 682822) |
| */s/ Zachary H. Hammond*_____ | Keith Taubenblatt (BBO No. 708748) |
| Todd J. Bennett (BBO# 643185) | JACKSON LEWIS P.C. |
| Michaela C. May (BBO# 676834) | 75 Park Plaza, 4th Floor |
| Zachary H. Hammond (BBO# 696465) | Boston, MA 02116 |
| Bennett & Belfort, P.C. | (617) 367-0025 |
| 24 Thorndike Street, Ste. 300 | (617) 367-2155 (fax) |
| Cambridge, MA 02141 | Keerthi.Sugumaran@jacksonlewis.com |
| (617) 577-8800 | Keith.Taubenblatt@jacksonlewis.com |
| tbennett@bennettandbelfort.com |  |
| mmay@bennettandbelfort.com |  |
| zhammond@bennettandbelfort.com |  |

Dated: January 9, 2025

2

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2025.

                                          */s/ Keith Taubenblatt*
                                          Jackson Lewis P.C.

4896-8678-2222, v. 2