# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KHADIJAH TRIBBLE,

              Plaintiff,

v.

CURALEAF HOLDINGS, INC.,
and MATTHEW DARIN

              Defendants.

Civil Action No. 1:24-cv-12760

**DECLARATION OF STEPHEN KING**
**<u>IN SUPPORT OF MOTION TO DISMISS</u>**

     I, Stephen King, declare the following to be true and correct based upon my personal knowledge and information.

1. I am over eighteen (18) years old and am competent to provide this declaration.

2. I am Curaleaf Holdings, Inc.'s Senior Manager, Litigation & E-Discovery.

3. I conducted a review of the records related to Matthew Darin's and Khadijah Tribble's Curaleaf calendar records, email records, and Microsoft Teams records.

4. My review revealed that Mr. Darin and Ms. Tribble had one scheduled "check-in" meeting on their respective calendars between May 2022 and August 2022, and that meeting was scheduled to take place in person in Florida.

5. My review further revealed that Ms. Tribble appears to have been in Memphis, Tennessee from January 16-18, 2023, as she received a flight confirmation email indicating as much. The email is attached to this declaration as <u>Exhibit A</u>.

6. My review of Ms. Tribble's email records suggests that, between January and February 2023, she was travelling from or entirely outside of Massachusetts for at least 18 days. Specifically, Ms. Tribble's email records suggest that she flew from New York, NY to Richmond, VA on January 13, 2023; from Richmond, VA to Boston, MA on January 14, 2023; from Boston, MA to Memphis, TN on January 16, 2023; from Memphis, TN to Boston, MA on January 18, 2023; from Boston, MA to Orlando, FL on January 27, 2023; from Orlando, FL to Boston, MA on January 28, 2023; from Boston, MA to Chicago, IL, and from Chicago, IL to Boston, MA on February 7, 2023; from Boston, MA to Phoenix, AZ on February 8, 2023; from Phoenix, AZ to Boston, MA on February 11, 2023; from Boston, MA to London, UK on February 15, 2023; and from London, UK to Boston, MA on February 20, 2023.  The travel confirmation emails indicating this are also attached to this declaration as <u>Exhibit B</u>.

7.  Further, my review of Ms. Tribble's email records suggests that, from March 2022 to December 2022, Ms. Tribble took at least 20, multiple-day trips outside of Massachusetts.  This time outside of Massachusetts included but was not limited to trips to California, New York, Kentucky, Virginia, Illinois, Jamaica, Nevada, and Louisiana.  A sample of the travel confirmation emails indicating this are also attached to this declaration as <u>Exhibit C</u>.



I declare under penalty of perjury that the foregoing statements are true and correct. Executed on February 28, 2025.



Stephen King

4936-8233-5265, v. 5

# EXHIBIT A

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Sunday, January 15, 2023 6:23 AM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Your trip confirmation (BOS - MEM)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: January 3, 2023

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: XQORSX**

### Monday, January 16, 2023

**BOS**
Boston
7:35 AM

AA 4607
Operated by Republic Airways as American Eagle

**MEM**
Memphis
10:09 AM

Seat: **13A**
Class: **Economy (V)**
Meals:

### Wednesday, January 18, 2023

**MEM**
Memphis
10:40 AM

AA 4504
Operated by Republic Airways as American Eagle

**BOS**
Boston

Seat: **2A**
Class: **Business (I)**
Meals:

**2:25 PM**

**Manage your trip**

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**Khadijah Tribble - AAdvantage® #: 9FF5L64**

New ticket (0012363767723)                           $691.80
[$615.81 + Taxes & carrier-imposed
fees $75.99]

| **Total cost** | **$691.80** |
|---|---|

## Your payment

Ticket Exchange (Khadijah T.)                        $691.80

| **Total paid** | **$691.80** |
|---|---|

Refund to Trip Credit (Khadijah T. -
0014408262691)                                          $7.80

Bag information

| Checked Bag (Airport) |
|---|

BOS - MEM

| 1st bag | No charge |
|---|---|
| 2nd bag | $40.00 |

2

MEM - BOS

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

BOS - MEM
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

MEM - BOS
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

| | |
|---|---|
| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »          Book a car »          Buy trip insurance »          AAVacations »



Contact us

Privacy policy

© American Airlines, Inc. All Rights Reserved.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

# EXHIBIT B

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Sunday, January 15, 2023 6:23 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (BOS - MEM) |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: January 3, 2023

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: XQORSX**

### Monday, January 16, 2023

**BOS**
Boston
7:35 AM

**AA 4607**
Operated by Republic Airways as American Eagle

**MEM**
Memphis
10:09 AM

Seat: **13A**
Class: **Economy (V)**
Meals:

### Wednesday, January 18, 2023

**MEM**
Memphis
10:40 AM

**AA 4504**
Operated by Republic Airways as American Eagle

**BOS**
Boston

Seat: **2A**
Class: **Business (I)**
Meals:

1

**2:25 PM**

**Manage your trip**

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**Khadijah Tribble - AAdvantage® #: 9FF5L64**

| | |
|---|---|
| New ticket (0012363767723) <br> [$615.81 + Taxes & carrier-imposed fees $75.99] | $691.80 |
| **Total cost** | **$691.80** |

## Your payment

| | |
|---|---|
| Ticket Exchange (Khadijah T.) | $691.80 |
| **Total paid** | **$691.80** |
| Refund to Trip Credit (Khadijah T. - 0014408262691) | $7.80 |

## Bag information

| Checked Bag (Airport) | |
|---|---|
| BOS - MEM | |
| 1st bag | No charge |
| 2nd bag | $40.00 |

2

MEM - BOS

1st bag          No charge

2nd bag          No charge

BOS - MEM
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

MEM - BOS
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on**     Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on**     Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »          Book a car »          Buy trip insurance »          AAVacations »



Contact us

Privacy policy

© American Airlines, Inc. All Rights Reserved.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Wednesday, January 11, 2023 9:25 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation ADQPW7 |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Wed, Jan 11, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## ADQPW7

| Flight 1 of 2 UA6068 | Class: United Economy (Q) |
|---|---|
| Fri, Jan 13, 2023 | Fri, Jan 13, 2023 |
| **11:00 AM** | **12:23 PM** |
| New York, NY, US (LGA) | Washington, DC, US (IAD) |

Flight Operated by Mesa Airlines dba United Express.

| Flight 2 of 2 UA3978 | Class: United Economy (Q) |
|---|---|
| Fri, Jan 13, 2023 | Fri, Jan 13, 2023 |
| **01:05 PM** | **02:03 PM** |

1

Washington, DC, US (IAD)                                          Richmond, VA, US (RIC)

Flight Operated by Air Wisconsin Airlines dba United Express.

## Traveler Details

TRIBBLE/KHADIJAH

| | |
|---|---|
| eTicket number: **0162458153146** | Seats: **LGA-IAD 08A** |
| Frequent Flyer: **UA-XXXXX534 Member** | **IAD-RIC 03B** |
| United Club Trip Pass For Bundle (0169823675595) | **LGA-IAD** |
| Preferred Zone Assignment (0169823675722) | **IAD-RIC** |
| Economy Plus Seat (0169823675721) | **LGA-IAD** |

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document PayPal** |
| Date of purchase: | **Wed, Jan 11, 2023** |

| | |
|---|---|
| Airfare: | **196.28 USD** |
| U.S. Transportation Tax: | **14.72 USD** |
| U.S. Flight Segment Tax: | **9.60 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |

| | |
|---|---|
| Total Per Passenger: | **235.20 USD** |

| | |
|---|---|
| **Total:** | **235.20 USD** |

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **PayPal** |
| Date of purchase: | **Wed, Jan 11, 2023** |

| | |
|---|---|
| United Club Trip Pass For Bundle (Reference Number: 0169823675595): | |

| | |
|---|---|
| **Total:** | **80.00 USD** |

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **PayPal** |
| Date of purchase: | **Wed, Jan 11, 2023** |
| Preferred Zone Assignment (Reference Number: 0169823675722): | **14.00 USD** |
| **Total:** | **14.00 USD** |

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **PayPal** |
| Date of purchase: | **Wed, Jan 11, 2023** |
| Economy Plus Seat (Reference Number: 0169823675721): | **29.00 USD** |
| **Total:** | **29.00 USD** |

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Khadijah Tribble | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Fri, Jan 13, 2023 | 6068 | New York, NY, US (LGA) to Washington, DC, US (IAD) | 685 | 137 | 1 |
| Fri, Jan 13, 2023 | 3978 | Washington, DC, US (IAD) to Richmond, VA, US (RIC) | 300 | 60 | 1 |
| MileagePlus accrual totals: | | | 985 | 197 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Jan 13, 2023 New York, NY, US (LGA - LaGuardia) to Richmond, VA, US (RIC) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

• The accrual of United MileagePlus® miles, Premier® qualifying flights (PQF) and Premier qualifying points (PQP), and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program. Accruals, in some cases, may differ from that shown above.

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown above.

## eTicket Reminders

• **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

• **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

• Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

• Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

• The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.

• For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

• If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

• For the most current status of your reservation, go to our Flight Status page.

• Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

• Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of

hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

## Notice - Overbooking of Flights - Airline flights may be overbooked, and there is a

slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Sunday, January 15, 2023 6:23 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (BOS - MEM) |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: January 3, 2023

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: XQORSX**

## Monday, January 16, 2023

**BOS**
Boston
7:35 AM

AA 4607
Operated by Republic Airways as American Eagle

**MEM**
Memphis
10:09 AM

Seat: **13A**
Class: **Economy (V)**
Meals:

## Wednesday, January 18, 2023

**MEM**
Memphis
10:40 AM

AA 4504
Operated by Republic Airways as American Eagle

**BOS**
Boston

Seat: **2A**
Class: **Business (I)**
Meals:

**2:25 PM**



**Manage your trip**

# Earn up to $200 Back



Plus 40,000 bonus miles. Terms Apply.

Learn more

## Your purchase

**Khadijah Tribble - AAdvantage® #: 9FF5L64**

| | |
|---|---|
| New ticket (0012363767723) | $691.80 |
| [$615.81 + Taxes & carrier-imposed fees $75.99] | |

| | |
|---|---|
| **Total cost** | **$691.80** |

## Your payment

| | |
|---|---|
| Ticket Exchange (Khadijah T.) | $691.80 |

| | |
|---|---|
| **Total paid** | **$691.80** |

| | |
|---|---|
| Refund to Trip Credit (Khadijah T. - 0014408262691) | $7.80 |

## Bag information

| Checked Bag (Airport) |
|---|

BOS - MEM

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | $40.00 |

MEM - BOS

| 1st bag | No charge |
|---------|-----------|
| 2nd bag | No charge |

BOS - MEM
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

MEM - BOS
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

| **1st carry-on** | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|-----------------|------------------------------------------------------------------------------------------------------|
| **2nd carry-on** | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »      Book a car »      Buy trip insurance »      AAVacations »



Contact us

Privacy policy

© American Airlines, Inc. All Rights Reserved.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Wednesday, January 11, 2023 10:29 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation AJDRCW |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Wed, Jan 11, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# AJDRCW

| Flight 1 of 2 UA3541 | Class: United Economy (S) |
|---|---|

Sat, Jan 14, 2023

## 06:24 PM
Richmond, VA, US (RIC)

Sat, Jan 14, 2023

## 08:02 PM
New York/Newark, NJ, US (EWR)

Flight Operated by Republic Airways dba United Express.

| Flight 2 of 2 UA768 | Class: United Economy (S) |
|---|---|

Sat, Jan 14, 2023

## 10:40 PM

Sat, Jan 14, 2023

## 11:59 PM

New York/Newark, NJ, US (EWR)                                    Boston, MA, US (BOS)

## Traveler Details

TRIBBLE/KHADIJAH

eTicket number: **0162458166041**                    Seats: **RIC-EWR 08A**
Frequent Flyer: **UA-XXXXX534 Member**                      **EWR-BOS 31A**
Economy Plus Seat (0169823689649)                          **RIC-EWR**

## Purchase Summary

Method of payment:                              **Miscellaneous Document**
                                                              **PayPal**
Date of purchase:                                  **Wed, Jan 11, 2023**

Airfare:                                                    **143.26 USD**
U.S. Transportation Tax:                                     **10.74 USD**
U.S. Flight Segment Tax:                                       **9.60 USD**
September 11th Security Fee:                                   **5.60 USD**
U.S. Passenger Facility Charge:                               **9.00 USD**

Total Per Passenger:                                        **178.20 USD**

**Total:**                                                 **178.20 USD**

## Additional Purchase Summary

Method of payment:                                          **PayPal**
Date of purchase:                                  **Wed, Jan 11, 2023**

Economy Plus Seat (Reference Number: 0169823689649):         **29.00 USD**

**Total:**                                                  **29.00 USD**

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Khadijah Tribble | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sat, Jan 14, 2023 | 3541 | Richmond, VA, US (RIC) to New York/Newark, NJ, US (EWR) | 420 | 84 | 1 |
| Sat, Jan 14, 2023 | 768 | New York/Newark, NJ, US (EWR) to Boston, MA, US (BOS) | 305 | 61 | 1 |
| MileagePlus accrual totals: | | | 725 | 145 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sat, Jan 14, 2023 Richmond, VA, US (RIC) to Boston, MA, US (BOS) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

• The accrual of United MileagePlus® miles, Premier® qualifying flights (PQF) and Premier qualifying points (PQP), and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program. Accruals, in some cases, may differ from that shown above.

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown above.

## eTicket Reminders

• **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

• **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

• Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

• Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

• The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.

• For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

• If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

• For the most current status of your reservation, go to our Flight Status page.

- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at
https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat

without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Wednesday, January 25, 2023 11:46 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (BOS - MCO) |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: January 26, 2023

## Your trip confirmation and receipt

We charged $298.90 to your card ending in 0330 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**American Airlines** confirmation / record locator: **SZIGTJ**

**JetBlue Airways** confirmation code: **AIETFW**

### Friday, January 27, 2023

**BOS**
Boston
**12:00 PM**

AA 9412
Operated by JetBlue Airways

**MCO**
Orlando
**3:30 PM**

Seat:
Class: **Economy (M)**
Meals:

**Manage your trip**

1

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**Khadijah Tribble - AAdvantage® #: 9FF5L64**

New ticket (0012366533457)                           $298.90
[$264.19 + Taxes & carrier-imposed
fees $34.71]

---

**Total cost**                                        **$298.90**

## Your payment

MasterCard (ending 0330)                              $298.90

**Total paid**                                        **$298.90**

Bag information

| Checked Bag (Airport) |
|---|

1st bag              No charge

2nd bag              $40.00

Maximum dimensions: 62 inches or 158 centimeters calculated as
(length + width + height)

Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances
and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's
website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours)
before departure.

| Carry-on bags | |
|---|---|
| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »     Book a car »     Buy trip insurance »     AAVacations »



Contact us

Privacy policy

© American Airlines, Inc. All Rights Reserved.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

**From:** Khadijah Tribble (She/Her/Hers)
**Sent:** Thursday, January 26, 2023 7:31 AM
**To:** receipts@expensify.com
**Subject:** Fwd: Your Flight Receipt - KHADIJAH TRIBBLE 28JAN23

Get Outlook for iOS

**From:** khadijah.tribble@gmail.com
**Sent:** Thursday, January 26, 2023 7:18:46 AM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Fwd: Your Flight Receipt - KHADIJAH TRIBBLE 28JAN23

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Khadijah Tribble The Plug for Equity

Begin forwarded message:

> **From:** Delta Air Lines
> **Date:** January 25, 2023 at 11:54:21 PM EST
> **To:** khadijah.tribble@gmail.com
> **Subject: Your Flight Receipt - KHADIJAH TRIBBLE 28JAN23**
> **Reply-To:** Transactional Email Reply Inbox

View as a Web Page



#9196275128
SkyMiles® Member

**CONFIRMATION #: JJYFGD**

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: KHADIJAH TRIBBLE
SkyMiles #9196275128

| FLIGHT | SEAT |
|---|---|
| DELTA 2515 | Select Seat |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sat, 28JAN | DEPART | ARRIVE |
|---|---|---|
| DELTA 2515<br>Main Cabin (K) | ORLANDO INTL, FL<br>3:10pm | BOSTON, MA<br>6:04pm |

**MANAGE MY TRIP**

 **Check for Your Destination's Entry Requirements**

Many countries have issued travel requirements that may affect your travel plans. We strongly encourage you to review the Delta Discover Map for the latest on your destination's COVID-19 testing, vaccination and quarantine requirements. If this changes your plans, you may check your eligibility to change or cancel your flight here.

*Updated Nov 7, 2022*

## Flight Receipt

Ticket #: 0062361131048
Place of Issue:
Issue Date: 25JAN23
Expiration Date: 25JAN24

| METHOD OF PAYMENT | |
|---|---|
| CA************5522 | **$233.90 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $203.72 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $15.28 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |

3

| United States - Flight Segment Tax (ZP) | $4.80 USD |
| --- | --- |
| **TICKET AMOUNT** | **$233.90 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

| Sat 28 Jan 2023 | | MCO-BOS |
| --- | --- | --- |
| CARRY ON | FIRST | SECOND |
| FREE | $30.00$^{USD}$ (50LBS/23KG) OR 3,000 miles | $40.00$^{USD}$ (50LBS/23KG) OR 4,000 miles |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

## Your Pre-Trip Checklist for Easier Travel



**Book Hotel And Transportation**

**Earn miles by booking your travel**



**Visit Our Help Center**

**Get all your travel questions answered with**



**Update Your Contact Information**

**Make sure your information is**

4

**accommodations with our hotel and car rental partners** ›

**information on self-service tools, baggage, SkyMiles, and more** ›

**update date on your SkyMiles profile for a more personalized experience and service. View my profile** ›

## Request Special Services

We are here to help. If you need to request special services for your trip, **click here**.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.



Help Center      Flight Deals      Earn Miles      Give Back

Email Preferences | Privacy Policy

We believe travel can change the world. For good. Learn more about our Flight to Net Zero[SM] at [delta.com/sustainability.](delta.com/sustainability)

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ORL DL BOS203.72KA3OA0MC USD203.72END ZP MCO XF MCO4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit [delta.com/baggage](delta.com/baggage). Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at [delta.com/firstbagfree](delta.com/firstbagfree)

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please [email ](email)us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For

further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, or rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

This email was sent to: Khadijah.tribble@gmail.com

© 2023 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Tuesday, January 31, 2023 7:25 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (ORD - BOS) |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: February 1, 2023

# Your trip confirmation and receipt

We charged $296.80 to your card ending in 2854 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: RLORGO**

## Tuesday, February 7, 2023

**BOS**
Boston
**5:20 AM**

AA 2265

**ORD**
Chicago O'Hare
**7:20 AM**

Seat: **10F**
Class: **Economy (O)**
Meals:

**ORD**
Chicago O'Hare
**7:26 PM**

AA 1172



**BOS**

Boston

**10:35 PM**

Seat: **3F**

Class: **Business (I)**

Meals:

**Manage your trip**

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**Khadijah Tribble - AAdvantage® #: 9FF5L64**

New ticket (0012368058081)                                    $296.80
[$248.37 + Taxes & carrier-imposed
fees $48.43]

| | |
|---|---|
| **Total cost** | **$296.80** |

## Your payment

MasterCard (ending 2854)                                      $296.80

| | |
|---|---|
| **Total paid** | **$296.80** |

Bag information

### Checked Bag (Airport)

ORD - BOS

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

2

BOS - ORD

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | $40.00 |

ORD - BOS
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

BOS - ORD
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »        Book a car »        Buy trip insurance »        AAVacations »



Contact us

Privacy policy

© American Airlines, Inc. All Rights Reserved.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Friday, February 10, 2023 3:05 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | It's time to check in |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Hi Khadijah,

Your trip is almost here and we're excited to see you on board.

Check in to add your bags, choose your seats, and get your boarding pass. That way you'll have everything ready for your trip.

**Need to make last-minute changes?**

Manage your trip →

## What you need to know:

Please arrive at the airport 2 hours before your scheduled departure for U.S. flights and 3 hours before your departure for international flights.



Book a hotel »        Book a car »        Trip insurance »        Vacations »

Contact us

Privacy Policy

© American Airlines, Inc. All Rights Reserved.

Please do not reply to this email address as it is not monitored. This email was sent to khadijah.tribble@curaleaf.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.
For all other questions about bookings or upcoming trips, visit our contact page. Contact American > **one**world is a registered trademark of **one**world Alliance, LLC.
© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Tuesday, February 14, 2023 10:04 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | It's time to check in |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



# It's time to check in

American Airlines confirmation / Record locator: **BRGRLK**

## Wednesday, February 15, 2023

**BOS**
Boston
**9:18 PM**

AA 0108

**LHR**
London Heathrow
**8:40 AM**
Flight arrives Thursday, February 16, 2023

[ Check in now ]

Your trip is almost here and we're excited to see you on board.

Check in to add your bags, choose your seats, and get your boarding pass. That way you'll have everything ready for your trip.

**Need to make last-minute changes?**

1

Manage your trip →

## What you need to know:

Please arrive at the airport 2 hours before your scheduled departure for U.S. flights and 3 hours before your departure for international flights.



Book a hotel »          Book a car »          Trip insurance »          Vacations »

Contact us

Privacy Policy

© American Airlines, Inc. All Rights Reserved.

Please do not reply to this email address as it is not monitored. This email was sent to khadijah.tribble@curaleaf.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.
For all other questions about bookings or upcoming trips, visit our contact page. Contact American > **one**world is a registered trademark of **one**world Alliance, LLC.
© American Airlines, Inc. All Rights Reserved.

**From:**       American Airlines <no-reply@info.email.aa.com>
**Sent:**       Sunday, February 19, 2023 6:07 AM
**To:**         Khadijah Tribble (She/Her/Hers)
**Subject:**    It's time to check in

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



# It's time to check in

American Airlines confirmation / Record locator: **BRGRLK**

## Monday, February 20, 2023

**LHR**
London Heathrow
**10:05 AM**

AA 0109

**BOS**
Boston
**12:56 PM**

Check in now

Your trip is almost here and we're excited to see you on board.

Check in to add your bags, choose your seats, and get your boarding pass. That way you'll have everything ready for your trip.

**Need to make last-minute changes?**

Manage your trip →

1

## What you need to know:

Please arrive at the airport 2 hours before your scheduled departure for U.S. flights and 3 hours before your departure for international flights.



Book a hotel »          Book a car »          Trip insurance »          Vacations »

Contact us

Privacy Policy

© American Airlines, Inc. All Rights Reserved.

Please do not reply to this email address as it is not monitored. This email was sent to khadijah.tribble@curaleaf.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.
For all other questions about bookings or upcoming trips, visit our contact page. Contact American > **one**world is a registered trademark of **one**world Alliance, LLC.
© American Airlines, Inc. All Rights Reserved.

# EXHIBIT C

**From:** khadijah.tribble@gmail.com
**Sent:** Monday, March 21, 2022 8:02 AM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Fwd: Your trip confirmation (BOS - LAX)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Khadijah Tribble The Plug for Equity

Begin forwarded message:

> **From:** American Airlines
> **Date:** March 9, 2022 at 11:33:48 PM EST
> **To:** khadijah.tribble@gmail.com
> **Subject: Your trip confirmation (BOS - LAX)**



Issued: March 10, 2022

## Your trip confirmation and receipt

### Record Locator: MGGMWG

We charged $675.60 to your card ending in 0330 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

1

Manage your trip

## Monday, March 21, 2022

**BOS**

**7:45** PM

Boston

**AA 1578**



**LAX**

**11:18** PM

Los Angeles

Seat:     8A
Class:    Business (I)
Meals:    Dinner

Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more

## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage #: 9FF5L64

| | |
|---|---|
| New ticket<br>Ticket #: 0012411992750<br>[$614.88 + Taxes and fees $60.72 ] | $675.60 |
| **Total** | **$675.60** |

| | |
|---|---|
| **Total cost** (all passengers) | **$675.60** |

## Your payment

| | |
|---|---|
| Credit Card (MasterCard ending 0330) | $675.60 |
| **Total paid** | **$675.60** |

# Bag information

## Checked bags

**Airport**

1st bag                    2nd bag

No charge                  No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and
checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in
front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23
cm).



Book a hotel »          Book a car »          Buy trip insurance »          Things to

Contact us | Privacy policy

Get the American Airlines app

 

Additional Services are subject to credit card approval at time of ticketing. Additional Services may
appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | khadijah.tribble@gmail.com |
| **Sent:** | Monday, March 21, 2022 8:02 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Fwd: Your Flight Receipt - KHADIJAH A TRIBBLE 21MAR22 |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Khadijah Tribble The Plug for Equity

Begin forwarded message:

> **From:** Delta Air Lines
> **Date:** March 19, 2022 at 1:05:35 AM EDT
> **To:** khadijah.tribble@gmail.com
> **Subject: Your Flight Receipt - KHADIJAH A TRIBBLE 21MAR22**
> **Reply-To:** Transactional Email Reply Inbox

View as a Web Page



#9600014147
SkyMiles® Member

## CONFIRMATION #: GF7UWB

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs to maintain the value of your ticket.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: KHADIJAH A TRIBBLE
SkyMiles #9600014147

| FLIGHT | SEAT |
|--------|------|
| DELTA 5750 | 03A |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Mon, 21MAR | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 5750*<br>First Class (I) | WASHINGTON-REAGAN<br>6:20am | BOSTON, MA<br>7:54am |

*Flight 5750 Operated by REPUBLIC AIRWAYS DBA DELTA CONNECTION

**MANAGE MY TRIP**

**CHECK DELTA DISCOVER MAP FOR YOUR DESTINATION'S ENTRY REQUIREMENTS**

Many destinations have issued travel requirements that may affect your trip. We strongly encourage you to review the Delta Discover Map for the latest on your destination's test, vaccine and quarantine requirements. You may check your eligibility to change or cancel your flight here.

**MASKS REQUIRED IN THE AIRPORT & ON BOARD**

It's Delta's policy and federal law that all employees and customers wear masks during boarding and deplaning, while in the airport and during public transit. Customers requiring exemptions for not wearing face masks due to a disability should be prepared to complete a clearance to fly process prior to departure at the airport. Thank you for your compliance. Learn More ›

## Flight Receipt

Ticket #: 0062306168908
Place of Issue:
Issue Date: 18MAR22
Expiration Date: 31DEC23

| METHOD OF PAYMENT | |
|---|---|
| CA************7335 | **$228.60 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $199.07 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $14.93 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.50 USD |
| **TICKET AMOUNT** | **$228.60 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check

in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

| Mon 21 Mar 2022 | | DCA-BOS |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

## Your Pre-Trip Checklist for Easier Travel



### Download Our App

**Track your checked bags, check your flight status, get your boarding pass, message us and more ›**



### Visit Our Help Center

**Get all your travel questions answered with information on self-service tools, baggage, SkyMiles, and more ›**



### Update Your Contact Information

**Make sure your information is update date on your SkyMiles profile for a more personalized experience and service. View my profile ›**

## Request Special Services

We are here to help. If you need to request special services for your trip, **click here**.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.



Help Center    ●    Flight Deals    ●    Earn Miles    ●    Give Back

Email Preferences | Privacy Policy

Fly green. Partner with us to protect the environment and support communities. Visit delta.com/co2 to learn more about offsetting your carbon footprint.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: WAS DL BOS199.07QA3OA0FL USD199.07END ZP DCA XF DCA4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special

fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

This email was sent to: khadijah.tribble@gmail.com

© 2022 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

| | |
|---|---|
| **From:** | American Airlines <no-reply@notify.email.aa.com> |
| **Sent:** | Wednesday, March 23, 2022 10:47 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (LAX - BOS) |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: March 23, 2022

## Your trip confirmation and receipt

### Record Locator: HOBBGY

We charged $1,416.20 to your card ending in 7335 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

### Thursday, March 24, 2022

LAX
11:59 PM
Los Angeles

BOS
8:21 AM
Boston

Seat:
Class:    Business (I)
Meals:   Dinner

1

**AA 2453**

 Flight arrives Friday, March 25, 2022

---

## Thursday, March 31, 2022

| BOS | | LAX | | Seat: | 6D |
|---|---|---|---|---|---|

**BOS**

**8:50** AM  **12:23** PM

Boston                    Los Angeles

Seat:     6D
Class:    Business (I)
Meals:    Breakfast

**AA 753**

---

# Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more

---

## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage #: 9FF5L64

New ticket                                                      $1,416.20
Ticket #: 0012415355877
[$1,290.23 + Taxes and fees $125.97 ]
**Total**                                                      **$1,416.20**

**Total cost** (all passengers)                                **$1,416.20**

---

## Your payment

Credit Card (MasterCard ending 7335)                           $1,416.20

**Total paid**                                                 **$1,416.20**

# Bag information

## Checked bags

**Airport**

1st bag                    2nd bag

No charge              No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »      Book a car »      Buy trip insurance »      Things to do »

Contact us | Privacy policy

Get the American Airlines app

 

3

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air

carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

**From:** khadijah.tribble@gmail.com
**Sent:** Wednesday, April 20, 2022 3:08 PM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Fwd: Your trip confirmation (LAX - BOS)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Khadijah Tribble The Plug for Equity

Begin forwarded message:

> **From:** American Airlines
> **Date:** March 28, 2022 at 10:12:52 PM EDT
> **To:** khadijah.tribble@gmail.com
> **Subject: Your trip confirmation (LAX - BOS)**



Issued: March 29, 2022

## Your trip confirmation and receipt

### Record Locator: ALBRWA

We charged $707.60 to your card ending in 0330 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

1

Manage your trip

---

## Friday, April 1, 2022

LAX

**11:59** PM

Los Angeles



BOS

**8:21** AM

Boston

Seat:
Class:   Business (I)
Meals:   Dinner

**AA 2453**

Flight arrives Saturday, April 2, 2022

---

Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more



---

## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage #: 9FF5L64

| | |
|---|---|
| New ticket | $707.60 |
| Ticket #: 0012416593123 | |
| [$644.65 + Taxes and fees $62.95 ] | |
| **Total** | **$707.60** |

| | |
|---|---|
| **Total cost** (all passengers) | **$707.60** |

## Your payment

| | |
|---|---|
| Credit Card (MasterCard ending 0330) | $707.60 |
| **Total paid** | **$707.60** |

# Bag information

## Checked bags

**Airport**

1st bag                    2nd bag

No charge                  No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »      Book a car »      Buy trip insurance »      Things to

Contact us | Privacy policy

Get the American Airlines app

 

3

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to

change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | Khadijah Tribble <khadijah.tribble@gmail.com> |
| **Sent:** | Monday, April 18, 2022 3:50 PM |
| **To:** | Khadijah Tribble (She/Her/Hers); Ambreen |
| **Subject:** | Fwd: eTicket Itinerary and Receipt for Confirmation EPDLY2 |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ----------
From: **United Airlines, Inc.** <Receipts@united.com>
Date: Monday, April 18, 2022
Subject: eTicket Itinerary and Receipt for Confirmation EPDLY2
To: KHADIJAH.TRIBBLE@gmail.com



Mon, Apr 18, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# EPDLY2

| Flight 1 of 1 UA601 | Class: United Economy (T) |
|---|---|

| | |
|---|---|
| Tue, Apr 19, 2022 | Tue, Apr 19, 2022 |
| **06:05 AM** | **07:29 AM** |
| Boston, MA, US (BOS) | New York/Newark, NJ, US (EWR) |

1

## Traveler Details

TRIBBLE/KHADIJAH

eTicket number: **0162407046785**                    Seats: **BOS-EWR 10F**
Economy Plus Seat (0169985585659)                              **BOS-EWR**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 7335** |
| Date of purchase: | **Mon, Apr 18, 2022** |

| | |
|---|---|
| Airfare: | **106.05 USD** |
| U.S. Transportation Tax: | **7.95 USD** |
| U.S. Flight Segment Tax: | **4.50 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **4.50 USD** |

| | |
|---|---|
| Total Per Passenger: | **128.60 USD** |

| | |
|---|---|
| **Total:** | **128.60 USD** |

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 7335** |
| Date of purchase: | **Mon, Apr 18, 2022** |

| | |
|---|---|
| Economy Plus Seat (Reference Number: 0169985585659): | **24.00 USD** |

| | |
|---|---|
| **Total:** | **24.00 USD** |

**Carbon Footprint**

Your estimated carbon footprint for this trip is **0.07371 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Apr 19, 2022<br>Boston, MA, US (BOS)<br>to New York/Newark, NJ, US (EWR - Liberty) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

• Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

• Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

• Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

• Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

• **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

• **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

• Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

• Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

• The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.

• For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

• If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

• For the most current status of your reservation, go to our Flight Status page.

• Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

• Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not

applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers

embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

--
a meeting is an interaction where the unwilling, selected from the uninformed, led by the unsuitable to discuss the unnecessary"- a genius

**From:** Khadijah Tribble <khadijah.tribble@gmail.com>
**Sent:** Wednesday, April 20, 2022 4:04 PM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Fwd: DERBY TRAVEL: Your trip confirmation (LGA - SDF)

---

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

---------- Forwarded message ---------
From: **rdickerson01** <rdickerson01@gmail.com>
Date: Wed, Apr 20, 2022, 3:56 PM
Subject: DERBY TRAVEL: Your trip confirmation (LGA - SDF)
To: <khadijah.tribble@gmail.com>

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: American Airlines <no-reply@notify.email.aa.com>
Date: 4/12/22 9:08 PM (GMT-05:00)
To: RDICKERSON01@GMAIL.COM
Subject: Your trip confirmation (LGA - SDF)



Issued: April 13, 2022

## Your trip confirmation and receipt

**Record Locator: GQRZKK**

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

| Manage your trip |
| --- |

## Sunday, May 1, 2022

LGA

6:29 PM

New York La Guardia



SDF

8:54 PM

Louisville

**AA 4732**

Operated by REPUBLIC AIRWAYS as AMERICAN EAGLE

Seat:
Class:    Business (I)
Meals:

Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more

## Your purchase

**ROBIN DICKERSON**

AAdvantage® #: E766ME8

| New ticket | $393.60 |
| --- | --- |
| Ticket #: 0012420330194 | |
| [$352.56 + Taxes and fees $41.04] | |
| **Total** | **$393.60** |

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $393.60 |
| Ticket #: 0012420330193 | |
| [$352.56 + Taxes and fees $41.04] | |
| **Total** | **$393.60** |

| | |
|---|---|
| **Total cost** (all passengers) | **$787.20** |

## Your payment

| | |
|---|---|
| Flight Credit (ending 2335) | $78.59 |
| Credit Card (Visa ending 1413) | $708.61 |
| **Total paid** | **$787.20** |

## Bag information

### Checked bags

**Airport**

1st bag                    2nd bag

No charge             No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

3



Book a hotel »

Buy trip insurance »

Book a car »

Things to do »

---

Contact us | Privacy policy

Get the American Airlines app



Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <no-reply@notify.email.aa.com> |
| **Sent:** | Wednesday, May 11, 2022 9:42 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (ATL - ORF) |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Issued: May 11, 2022

# Your trip confirmation and receipt

## Record Locator: WAYIOD

We charged $454.20 to your card ending in 3282 for your ticket purchase.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

**Manage your trip**

## Thursday, May 12, 2022

| ATL | | CLT | Seat: | |
|---|---|---|---|---|
| **1:43** PM | | **3:04** PM | Class: | Economy (S) |
| Atlanta | | Charlotte | Meals: | |

**AA 5073**

Operated by PSA AIRLINES as AMERICAN EAGLE

| CLT | | ORF | Seat: | |
|---|---|---|---|---|
| **4:15** PM |  | **5:23** PM | Class: | Economy (S) |
| | | | Meals: | |
| Charlotte | | Norfolk | | |
| **AA 1326** | | | | |

# Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more

# Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| New ticket | $227.10 |
|---|---|
| Ticket #: 0012426909793 | |
| [$190.70 + Taxes and fees $36.40] | |
| **Total** | **$227.10** |

**ROBIN DICKERSON**
AAdvantage® #: E766ME8

| New ticket | $227.10 |
|---|---|
| Ticket #: 0012426909794 | |
| [$190.70 + Taxes and fees $36.40] | |
| **Total** | **$227.10** |

| **Total cost** (all passengers) | **$454.20** |
|---|---|

# Your payment

| Credit Card (MasterCard ending 3282) | $454.20 |
|---|---|

**Total paid**                                                                          **$454.20**

## Bag information

### Checked bags

| **Online*** | | **Airport** | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| $30.00 | $40.00 | $30.00 | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »        Book a car »        Buy trip insurance »        Things to do »

Contact us | Privacy policy

Get the American Airlines app
 

3

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including

4

fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <AmericanAirlines@info.ms.aa.com> |
| **Sent:** | Monday, May 16, 2022 6:38 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Check in for your flight |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tuesday, May 17, 2022 at 05:18 PM                                    View on the web

Hello Khadijah Tribble,                              AAdvantage #: 9FF5L64

**Record locator: FXJOKB**

# DCA to ORD
Tuesday, May 17, 2022

05:18 PM       06:40 PM

Washington Reagan Nat'l,    Chicago O'Hare, IL
DC

AA 2784

1

## Important Information

- Testing requirements to enter the U.S. are changing Read more about vaccine and testing requirements.

- Due to COVID-19, new requirements are in place. Check if your destination has travel restrictions and bring a completed copy of travel documents if needed.

- There may be inflight product substitutions on American Airlines operated flights due to global supply chain issues. We apologize for any inconvenience this causes.

Contact us | Unsubscribe | Privacy policy

Get the American Airlines app



Please do not reply to this email address as it is not monitored. This email as sent to KHADIJAH.TRIBBLE@CURALEAF.COM

**one**world is a registered trademark of **one**world Alliance, LLC.
© 2022 American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <AmericanAirlines@info.ms.aa.com> |
| **Sent:** | Tuesday, May 17, 2022 10:27 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Check in for your flight |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Wednesday, May 18, 2022 at 08:37 PM                    View on the web

Hello Khadijah Tribble,                         AAdvantage #: 9FF5L64

**Record locator: FXJOKB**

# ORD to BOS
### Wednesday, May 18, 2022

## 08:37 PM          11:54 PM
Chicago O'Hare, IL        Boston, MA

## AA 2682



## Important Information

- Testing requirements to enter the U.S. are changing Read more about vaccine and testing requirements.

- Due to COVID-19, new requirements are in place. Check if your destination has travel restrictions and bring a completed copy of travel documents if needed.

- There may be inflight product substitutions on American Airlines operated flights due to global supply chain issues. We apologize for any inconvenience this causes.



Contact us | Unsubscribe | Privacy policy

### Get the American Airlines app

Please do not reply to this email address as it is not monitored. This email as sent to
KHADIJAH.TRIBBLE@CURALEAF.COM

**one**world is a registered trademark of **one**world Alliance, LLC.
© 2022 American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <AmericanAirlines@info.ms.aa.com> |
| **Sent:** | Thursday, June 2, 2022 6:25 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Check in for your flight |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Friday, June 3, 2022 at 05:40 AM                                            View on the web

Hello Khadijah Tribble,                                          AAdvantage #: 9FF5L64

**Record locator: ELHGCQ**

# BOS to MIA
### Friday, June 3, 2022

## 05:40 AM                    09:11 AM
Boston, MA                       Miami, FL

## AA 1259



## Important Information

- Testing requirements to enter the U.S. are changing Read more about vaccine and testing requirements.

- Due to COVID-19, new requirements are in place. Check if your destination has travel restrictions and bring a completed copy of travel documents if needed.

- There may be inflight product substitutions on American Airlines operated flights due to global supply chain issues. We apologize for any inconvenience this causes.

### Express Bag Tags

Save time at the airport when you add bags online during check-in. Then at the airport you'll just scan your boarding pass to print and tag your bags. Check in and add bags »



Contact us | Unsubscribe | Privacy policy

Get the American Airlines app

Please do not reply to this email address as it is not monitored. This email as sent to KHADIJAH.TRIBBLE@CURALEAF.COM

oneworld is a registered trademark of oneworld Alliance, LLC.
© 2022 American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <AmericanAirlines@info.ms.aa.com> |
| **Sent:** | Friday, June 3, 2022 8:30 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Check in for your flight |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Saturday, June 4, 2022 at 07:45 PM                                    View on the web

Hello Khadijah Tribble,                                    AAdvantage #: 9FF5L64

**Record locator: ELHGCQ**

# MIA to BOS
## Saturday, June 4, 2022

07:45 PM          11:17 PM

Miami, FL          Boston, MA

AA 2539

1



## Important Information

- Testing requirements to enter the U.S. are changing Read more about vaccine and testing requirements.

- Due to COVID-19, new requirements are in place. Check if your destination has travel restrictions and bring a completed copy of travel documents if needed.

- There may be inflight product substitutions on American Airlines operated flights due to global supply chain issues. We apologize for any inconvenience this causes.

### Express Bag Tags

Save time at the airport when you add bags online during check-in. Then at the airport you'll just scan your boarding pass to print and tag your bags. Check in and add bags »



Contact us | Unsubscribe | Privacy policy

Get the American Airlines app

Please do not reply to this email address as it is not monitored. This email as sent to
KHADIJAH.TRIBBLE@CURALEAF.COM

**one**world is a registered trademark of **one**world Alliance, LLC.
© 2022 American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | Khadijah Tribble <khadijah.tribble@gmail.com> |
| **Sent:** | Sunday, May 29, 2022 11:41 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Fwd: eTicket Itinerary and Receipt for Confirmation PKF9MP |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ---------
From: **United Airlines, Inc.** <Receipts@united.com>
Date: Sun, May 29, 2022, 7:35 PM
Subject: eTicket Itinerary and Receipt for Confirmation PKF9MP
To: <KHADIJAH.TRIBBLE@gmail.com>


Sun, May 29, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PKF9MP

| Flight 1 of 2 UA1112 | Class: United First (C) |
|---|---|

| | |
|---|---|
| Wed, Jun 08, 2022 | Wed, Jun 08, 2022 |
| **12:16 PM** | **02:43 PM** |
| Boston, MA, US (BOS) | Denver, CO, US (DEN) |

## Flight 2 of 2 UA1892                                    Class: United First (D)

Thu, Jun 09, 2022

# 11:59 PM

Denver, CO, US (DEN)

Fri, Jun 10, 2022

# 05:51 AM

Boston, MA, US (BOS)

## Traveler Details

TRIBBLE/KHADIJAH

eTicket number: **0162415000610**                    Seats: **BOS-DEN 03A**
Frequent Flyer: **UA-XXXXX603 Premier Silver**              **DEN-BOS 04A**

## Purchase Summary

Method of payment:                          **Master Card ending in 3282**
Date of purchase:                                **Sun, May 29, 2022**

Airfare:                                              **1503.26 USD**
U.S. Transportation Tax:                                **112.74 USD**
U.S. Flight Segment Tax:                                  **9.00 USD**
September 11th Security Fee:                             **11.20 USD**
U.S. Passenger Facility Charge:                           **9.00 USD**

Total Per Passenger:                                 **1645.20 USD**

## Total:                                          1645.20 USD

**Carbon Footprint**

Your estimated carbon footprint for this trip is **0.66694 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**MileagePlus Accrual Details**

Khadijah Tribble

| Date | Flight | From/To | Award Miles | PQP | PQF |
|------|--------|---------|-------------|-----|-----|
| Wed, Jun 08, 2022 | 1112 | Boston, MA, US (BOS) to Denver, CO, US (DEN) | 5880 | 840 | 1 |
| Thu, Jun 09, 2022 | 1892 | Denver, CO, US (DEN) to Boston, MA, US (BOS) | 4648 | 664 | 1 |
| MileagePlus accrual totals: | | | 10528 | 1504 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Wed, Jun 08, 2022 Boston, MA, US (BOS) to Denver, CO, US (DEN) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Jun 09, 2022 Denver, CO, US (DEN) to Boston, MA, US (BOS) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

• Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

• Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

• Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

• Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

• **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

• **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

• Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

• Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or

cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at [Important travel notices | United Airlines.](Important travel notices | United Airlines.)

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at [united.com](united.com) or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure

within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

## Notice - Overbooking of Flights - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**

**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

**From:**      American Airlines <no-reply@notify.email.aa.com>
**Sent:**      Friday, June 17, 2022 9:47 PM
**To:**      Khadijah Tribble (She/Her/Hers)
**Subject:**      Your trip confirmation (LGA - DCA)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: June 18, 2022

# Your trip confirmation and receipt

## Record Locator: DPVOYS

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

## Saturday, June 18, 2022

| LGA | | DCA | | Seat: | 25C |
|---|---|---|---|---|---|
| **4:30** PM | | **5:47** PM | | Class: | Economy (L) |
| New York La Guardia | | Washington Reagan | | Meals: | |
| **AA 2236** | | | | | |

# Earn up to $400 Back

Plus 30,000 bonus miles. Apply by 7/13/2022. Terms Apply.

Learn more



## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $333.60 |
| Ticket #: 0012436016747 | |
| [$296.74 + Taxes and fees $36.86] | |
| **Total** | **$333.60** |

| | |
|---|---|
| **Total cost** (all passengers) | **$333.60** |

## Your payment

| | |
|---|---|
| Affirm | $333.60 |
| **Total paid** | **$333.60** |

Affirm will email your payment plan details soon.

## Bag information

### Checked bags

| Online* | | Airport | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | $40.00 | No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

---

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

---



Book a hotel »          Book a car »          Buy trip insurance »          Things to do »

                                    

---

Contact us | Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

**From:** American Airlines <no-reply@notify.email.aa.com>
**Sent:** Wednesday, June 22, 2022 8:39 AM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Your trip confirmation (DCA - LGA)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Issued: June 22, 2022

## Your trip confirmation and receipt

### Record Locator: XKVJXD

We charged $333.60 to your card ending in 7335 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

## Friday, June 24, 2022

| DCA | LGA | Seat: | 20A |
|-----|-----|-------|-----|
| 6:00 AM | 7:13 AM | Class: | Economy (L) |
| Washington Reagan | New York La Guardia | Meals: | |

**AA 2008**

1

# Earn up to $400 Back

Plus 30,000 bonus miles. Apply by 7/13/2022. Terms Apply.

Learn more



## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $333.60 |
| Ticket #: 0012437091563 | |
| [$296.74 + Taxes and fees $36.86] | |
| **Total** | **$333.60** |

| | |
|---|---|
| **Total cost** (all passengers) | **$333.60** |

## Your payment

| | |
|---|---|
| Credit Card (MasterCard ending 7335) | $333.60 |
| **Total paid** | **$333.60** |

## Bag information

### Checked bags

| Online* | | Airport | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | $40.00 | No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

2

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »    Book a car »    Buy trip insurance »    Things to do »




---

Contact us | Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

4

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Monday, July 18, 2022 7:02 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (DCA - BOS) |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Issued: July 18, 2022

# Your trip confirmation and receipt

## Record Locator: HGRJLR

We charged $327.94 to your card ending in 0330 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

---

## Monday, July 25, 2022

| DCA | BOS | Seat: | |
|---|---|---|---|
| **6:30** AM | **7:58** AM | Class: | Economy (N) |
| Washington Reagan | Boston | Meals: | |

**AA 9467**

Operated by JETBLUE AIRWAYS

1

JETBLUE AIRWAYS confirmation code:
KSCVTC

| BOS | | DCA | | | |
|---|---|---|---|---|---|
| **5:30** PM | | **7:15** PM | | Seat: | 17C |
| Boston | | Washington Reagan | | Class: | Economy (G) |
| | | | | Meals: | |
| **AA 2145** | | | | | |

# Earn up to $400 Back

Plus 30,000 bonus miles. Apply by 7/13/2022. Terms Apply.

Learn more

# Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $327.94 |
| Ticket #: 0012443243581 | |
| [$277.90 + Taxes and fees $50.04] | |
| **Total** | **$327.94** |

| | |
|---|---|
| **Total cost** (all passengers) | **$327.94** |

# Your payment

| | |
|---|---|
| Credit Card (MasterCard ending 0330) | $327.94 |
| **Total paid** | **$327.94** |

# Bag information

## Checked bags

DCA - BOS

**Airport**

| 1st bag | 2nd bag |
| --- | --- |
| No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

BOS - DCA

| **Online*** | | **Airport** | |
| --- | --- | --- | --- |
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | $40.00 | No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »    Book a car »    Buy trip insurance »    Things to do »



Contact us | Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us and then delete this message.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Thursday, August 18, 2022 12:38 AM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Your trip confirmation (BOS - DCA)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Issued: August 18, 2022

## Your trip confirmation and receipt

### Record Locator: GVSSEJ

We charged $148.60 to your card ending in 0330 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

## Saturday, August 20, 2022

BOS

**9:00** AM

Boston

**AA 9483**

Operated by JETBLUE AIRWAYS

DCA

**10:38** AM

Washington Reagan

Seat:
Class:  Economy (V)
Meals:

1

JETBLUE AIRWAYS confirmation code:
GVSSPU

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $148.60 |
| Ticket #: 0012450767604 | |
| [$124.65 + Taxes and fees $23.95] | |
| **Total** | **$148.60** |

| | |
|---|---|
| **Total cost** (all passengers) | **$148.60** |

## Your payment

| | |
|---|---|
| Credit Card (MasterCard ending 0330) | $148.60 |
| **Total paid** | **$148.60** |

## Bag information

### Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)

Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »    Book a car »    Buy trip insurance »    Things to do »

Contact us | Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's

terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us and then delete this message.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Tuesday, August 30, 2022 5:12 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (MBJ - BOS) |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Issued: August 30, 2022

## Your trip confirmation and receipt

### Record Locator: KFYUZF

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

## Wednesday, August 31, 2022

| MBJ | | PHL | Seat: | 14A |
|---|---|---|---|---|
| **2:31** PM | | **7:13** PM | Class: | Economy (Y) |
| Montego Bay | | Philadelphia | Meals: | Refreshment |
| **AA 858** | | | | |

| PHL | | BOS | | Seat: | 16A |
|---|---|---|---|---|---|
| **8:35** PM | | **9:55** PM | | Class: | Economy (Y) |
| Philadelphia | | Boston | | Meals: | |
| **AA 1874** | | | | | |

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $97.76 |
| Ticket #: 0012333656168 | |
| **Total** | **$97.76** |

| | |
|---|---|
| **Total cost** (all passengers) | **$97.76** |

## Your payment

| | |
|---|---|
| Credit Card MasterCard ending 7335 | $97.76 |
| AAdvantage® Certificate | |
| **Total paid** | **$97.76** |

## Bag information

Checked bags

| **Online*** | **Airport** |
|---|---|

| 1st bag | 2nd bag | 1st bag | 2nd bag |
|---|---|---|---|
| No charge | $40.00 | No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »        Book a car »        Buy trip insurance »        Things to do »

Contact us | Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

3

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

**Chemical sprays on international flights** Flights to and from certain countries require insecticide treatment (a process known as disinsection) inside the cabin for insect and disease control. The U.S. Department of Transportation provides full information about the spray and the countries required to use it. Aircraft disinsection requirements.

Check-in lines will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

We place limitations on checked baggage and boxes on some flights to Mexico, the Caribbean, Central and South America. To confirm what you can take on your journey please see Baggage Limitations.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us and then delete this message.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

**From:** Half Moon Resort <reservation@halfmoon.com>
**Sent:** Monday, August 22, 2022 6:35 AM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Confirmation 69592SE021778 for Mrs. Khadijah Tribble

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

VIEW IN BROWSER



## Reservation Confirmation

Mrs. Khadijah Tribble,

Thank you for reserving your stay at *Founder's Cove at Half Moon*. Please check the details of your reservation below.

## Reservation Details

**CONFIRMATION NUMBER**     69592SE021778

| GUEST NAME | Khadijah Tribble |
| --- | --- |
| NUMBER OF ADULTS | 1 |
| NUMBER OF CHILDREN | 0 |
| ARRIVAL DATE | Sunday, August 28, 2022 |
| DEPARTURE DATE | Wednesday, August 31, 2022 |
| CHECK-IN TIME | 3:00 p.m. |
| CHECK-OUT TIME | 12:00 noon |

## Room & Rate Information

| ACCOMMODATION | Ocean Junior Suite |
| --- | --- |
| RATE DESCRIPTION | |
| TAXES & RESORT FEE | $434.70 |
| TOTAL STAY AMOUNT * | $1,642.20 |

* Total stay amount includes 10% government tax, 15% service charge, 10% resort fee, and a nightly accommodation tax of US $4 per room.

## Policies

**Deposit Policy:** 25% deposit at the the time of booking and balance 30 days for Winter (January 2 - April 30), 14 days for Summer (May 1 - December 19) before arrival and for Festive ( December 20 - Jan 1) 25% deposit at the time of booking, 25% on June 1st, 50 % on final payment on October 1.

**Cancellation Policy** Nonrefundable if canceled within 30 days of arrival (January 2- April 30) or 14 days (May 1- December 19) or October 1 (Festive - December 20 - January 1); Trip Insurance is Recommended

**Our Commitment to Your Well-Being** We encourage you to learn about new travel guidelines and protocols we put in place in accordance with the Government of Jamaica and the World Health Organisation for the well-being of our guests and service professionals. Please take a moment to review our COVID-19 health and safety protocols.

**Wellness Concierge** We offer on-site COVID-19 testing with expedited results; access to a resort nurse and the Baywest Wellness Hospital, located at the Half Moon Village.

**Pleasant Stay Policy** Guest rooms, suites, villas, their patios and balconies are non-smoking, as are our restaurants, bars, and all other covered or indoor areas, as per the Government of Jamaica's 2014 amendment to the Public Health Act. Designated outside smoking areas are clearly indicated.

Additional fees and policies may apply.

---

## Information About Your Stay

---

**Pre-Arrival:** Please provide Reservations with your flight itinerary. If you have confirmed a Half Moon transfer from the airport to the resort, proceed to the Half Moon arrival lounge just outside the Customs Hall at Montego Bay's Sangster International Airport (MBJ). If you would like to arrange a transfer, please let us know.

**Concierge** Our Concierge can assist you, pre-arrival, with booking activities and excursions, making appointments and confirming dinner reservations at any of our restaurants. Contact Concierge at +1 (800) 339 9728 or prearrivalconcierge@halfmoon.com.

**Trip Insurance:** We advise you to purchase trip insurance to cover any unforeseen circumstances and to protect against loss of your deposit.

**Half Moon Dress Etiquette:** Beach casual (swim wear plus t-shirt or cover-up with flip-flops or sandals) in public areas until 7pm. Beach wear and gym wear not appropriate in public areas after 7 pm.

Resort casual (casual shorts, jeans and polo shirts; no torn jeans or cutoffs; sport shirts or tank tops allowed).

Smart casual (collared shirt, casual long trousers and dress shorts allowed; no torn jeans, cutoffs, cargo or casual shorts allowed).

**Dining Dress Etiquette:** Beach casual up to 7 pm at North Pointe, Cedar Bar and Lounge, Spice & Hammock Bar and Moonchies.

Resort casual at Hayward's for breakfast, lunch and dinner, North Pointe for dinner and the weekly beach BBQ.

Smart casual at the Sugar Mill Restaurant and Delmare.

**Social Responsibility:** Our Half Moon Foundation supports initiatives in the areas of education, community and environment. You can join us in our efforts through the Guest Dollar Donation. Your gift of US $2 per night at Half Moon will support our philanthropic projects.

## Contact Us

| RESERVATIONS | +1 (800) 626 0592 |
|---|---|
| HOTEL SWITCHBOARD | +1 (876) 953 2211 |
| CONCIERGE | +1 (800) 339 9728 |
| WEBSITE | www.halfmoon.com |



MONTEGO BAY
ST. JAMES, JAMAICA WI
800.626.0592





This message intended for khadijah.tribble@curaleaf.com

Unsubscribe



| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Sunday, August 21, 2022 5:16 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (BOS - MIA) |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: August 21, 2022

## Your trip confirmation and receipt

### Record Locator: DQMHNM

We charged $337.21 to your card ending in 0330 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

## Wednesday, September 7, 2022

**BOS**
**1:00** PM
Boston

**MIA**
**4:30** PM
Miami

**AA 2247**

Seat: 14D
Class: Economy (G)
Meals: Refreshment

## Friday, September 9, 2022

| MIA | | BOS | | Seat: | 12D |
|-----|--|-----|--|-------|-----|

MIA

**2:41** PM

Miami

**AA 618**

BOS

**5:58** PM

Boston

Seat: 12D
Class: Economy (G)
Meals: Refreshment

## Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|--|--|
| New ticket | $337.21 |
| Ticket #: 0012331530760 | |
| [$286.52 + Taxes and fees $50.69] | |
| **Total** | **$337.21** |

**Total cost** (all passengers)                                          **$337.21**

## Your payment

| | |
|--|--|
| Credit Card (MasterCard ending 0330) | $337.21 |
| **Total paid** | **$337.21** |

## Bag information

## Checked bags

| **Online*** | | **Airport** | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | $40.00 | No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »     Book a car »     Buy trip insurance »     Things to do »

Contact us | Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air

carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us and then delete this message.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Friday, September 2, 2022 12:28 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (BOS - ORD) |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Issued: September 2, 2022

# Your trip confirmation and receipt

## Record Locator: EMHLXF

We charged $675.20 to your card ending in 0330 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

---

## Monday, September 12, 2022

| BOS | | ORD | | Seat: | 4A |
|---|---|---|---|---|---|
| **6:50** AM | | **8:46** AM | | Class: | Business (I) |
| Boston | | Chicago O'Hare | | Meals: | |
| **AA 1509** | | | | | |

## Thursday, September 15, 2022

ORD
**8:30** PM
Chicago O'Hare



BOS
**11:54** PM
Boston

**AA 2682**

Seat: 2A
Class: Business (I)
Meals:

---

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more

---

## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

New ticket                                                    $675.20
Ticket #: 0012334318638
[$600.93 + Taxes and fees $74.27]
**Total**                                                    **$675.20**

**Total cost** (all passengers)                              **$675.20**

---

## Your payment

Credit Card (MasterCard ending 0330)                          $675.20
**Total paid**                                               **$675.20**

---

## Bag information

2

## Checked bags

**Airport**

1st bag                    2nd bag

No charge          No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may
apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and
checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the
seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x
23 cm).



Book a hotel »          Book a car »          Buy trip insurance »          Things to do »

Contact us | Privacy policy

Get the American Airlines app



3

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air

carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us and then delete this message.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <AmericanAirlines@info.ms.aa.com> |
| **Sent:** | Saturday, October 15, 2022 8:29 AM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Check in for your flight |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sunday, October 16, 2022 at 08:00 AM                                    View on the web

Hello Khadijah Tribble,                                    AAdvantage #: 9FF5L64

**Record locator: FZFUED**

# DCA to BOS
Sunday, October 16, 2022

## 08:00 AM          09:34 AM
Washington Reagan Nat'l,    Boston, MA
DC

## AA 2169

1



## Important Information

▪ Testing requirements to enter the U.S. are changing Read more about vaccine and testing requirements.

▪ Due to COVID-19, new requirements are in place. Check if your destination has travel restrictions and bring a completed copy of travel documents if needed.

▪ There may be inflight product substitutions on American Airlines operated flights due to global supply chain issues. We apologize for any inconvenience this causes.

### Express Bag Tags

Save time at the airport when you add bags online during check-in. Then at the airport you'll just scan your boarding pass to print and tag your bags. Check in and add bags »

Contact us | Unsubscribe | Privacy policy

Get the American Airlines app



Please do not reply to this email address as it is not monitored. This email as sent to KHADIJAH.TRIBBLE@CURALEAF.COM

**one**world is a registered trademark of **one**world Alliance, LLC.
© 2022 American Airlines, Inc. All Rights Reserved.

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Tuesday, October 25, 2022 3:59 PM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Your trip confirmation (BOS - LGA)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: October 25, 2022

## Your trip confirmation and receipt

Save time with the American app          **Get now!**

### Record Locator: FGMDII

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Manage your trip

## Wednesday, October 26, 2022

| BOS | | LGA | Seat: | |
|-----|--|-----|-------|--|
| 6:00 AM | | 7:17 AM | Class: | Economy (L) |
| Boston | | New York La Guardia | Meals: | |

**AA 9164**

Operated by Jetblue Airways

1

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $248.60 |
| Ticket #: 0012346429189 | |
| [$217.67 + Taxes and fees $30.93] | |
| **Total cost** | **$248.60** |

## Your payment

| | |
|---|---|
| Ticket Exchange KHADIJAH T. | $183.60 |
| MasterCard (ending 7335) | $65.00 |
| **Total paid** | **$248.60** |

## Bag information

### Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »          Book a car »          Buy trip insurance »          AAVacations »

---

Contact us | Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

4

Please do not reply to this email address as it is not monitored. This email was sent to
KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and
confidential use of the intended recipient. This message contains confidential and proprietary
information of American Airlines (such as customer and business data) that may not be read,
searched, distributed or otherwise used by anyone other than the intended recipient. If you are
not an intended recipient, do not read, distribute, or take action in reliance upon this message.
Do you think you received this email by mistake? If so, please forward this email to us with an
explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact
American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

**From:**     American Airlines <no-reply@info.email.aa.com>
**Sent:**     Monday, October 31, 2022 4:43 PM
**To:**       Khadijah Tribble (She/Her/Hers)
**Subject:**  Your trip confirmation (BOS - JFK)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: October 31, 2022

## Your trip confirmation and receipt

Save time with the American app          **Get now!**

### Record Locator: JRHZTY

We charged $298.60 to your card ending in 0330 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Manage your trip

## Wednesday, November 2, 2022

BOS                           JFK                    Seat:    4A
8:03 AM                       9:29 AM                Class:   Business (I)
Boston                        New York Kennedy       Meals:

**AA 4608**

Operated by REPUBLIC AIRWAYS as AMERICAN EAGLE

1

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $298.60 |
| Ticket #: 0012347654878 | |
| [$264.19 + Taxes and fees $34.41] | |
| **Total cost** | **$298.60** |

## Your payment

| | |
|---|---|
| MasterCard (ending 0330) | $298.60 |
| **Total paid** | **$298.60** |

## Bag information

### Checked bags

**Airport**

1st bag                2nd bag

No charge              No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

Book a hotel »          Book a car »          Buy trip insurance »          AAVacations »

Contact us | Privacy policy

Get the American Airlines app

 

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| From: | Khadijah Tribble <khadijah.tribble@gmail.com> |
|---|---|
| Sent: | Wednesday, November 2, 2022 9:24 PM |
| To: | Khadijah Tribble (She/Her/Hers) |
| Subject: | Fwd: JetBlue booking confirmation for KHADIJAH TRIBBLE - JTGCAM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ----------
From: **JetBlue Reservations** <jetblueairways@email.jetblue.com>
Date: Monday, October 31, 2022
Subject: JetBlue booking confirmation for KHADIJAH TRIBBLE - JTGCAM
To: khadijah.tribble@gmail.com



Check out the details for your trip on Thu, Nov 03

| #3992169842

# You're all set to jet.

Thanks for choosing JetBlue. Get ready to enjoy the most legroom in coach*,
free wi-fi & entertainment, and free snacks & drinks.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**

## JTGCAM

# Change made easy.

Switch or cancel flights, add extras like
Even More Space or pets, update your
seat assignment, TrueBlue & KTN

numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.



**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

| JFK | | MSY | Date | Thu, Nov 03 |
|-----|--|-----|------|-------------|
| New York, NY | | New Orleans, LA | Departs | 6:05am |
| **Terminal:** 5 | | | Arrives | 8:26am |
| | | | Flight | 75 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. For Blue Extra fares, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**KHADIJAH TRIBBLE**

**Frequent Flier:** B6 3992169842

**Ticket number:** 2792106894880

---

**JFK - MSY:**

**Fare:** Blue Extra

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** No checked bags included in your fare. As a reminder, up to two (2) checked bags may be added in advance here. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 22A

**Notes:** Priority security



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space**

## Payment Details

| | | |
|---|---|---|
| Master XXXXXXXXXXX7335 | NONREF | $245.58 |
| | Taxes & fees | $33.02 |

**Total:** **$278.60 USD**

Purchase Date: Oct 31, 2022

[Request full receipt](#)



# Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**



# Bag $5 in savings.

If you're planning on checking bags, add them now to save time and money. The fees go up starting 24 hours before departure.

**Buy checked bags now** 

---



# Earth-friendlier flights? Done and done.

We're offsetting the $CO_2$ from the fuel used for your flight—and all our domestic flights—by funding energy efficiency, forestry and renewable energy projects that avoid or remove $CO_2$ from the air.

**Learn more** 

Flight Tracker | Bag Info | Airport Info

# Stay Connected

 **Download the JetBlue Mobile App**       

Help

Business Travel

Privacy

About JetBlue

*Based on avg. fleet-wide seat pitch of U.S. airlines.

CUSTOMER CONCERNS
Have a question or concern? Contact us at jetblue.com/contact-us. Or mail us at JetBlue 27-01 Queens Plaza North, Long Island City, NY 11101.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which you must

file a claim or bring an action against JetBlue; (iii) Rights of JetBlue to change the terms of the Contract of Carriage; (iv) Rules on reservations, check-in, and refusal to carry; (v) JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting; (iv) Non-refundability of reservations. International travel may also be subject to JetBlue's International Passenger Rules Tariffs on file with the U.S. Department of Transportation and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. The full text of the Contract of Carriage is available for inspection at

--

a meeting is an interaction where the unwilling, selected from the uninformed, led by the unsuitable to discuss the unnecessary"- a genius

**From:** Delta Air Lines <DeltaAirLines@t.delta.com>
**Sent:** Wednesday, November 2, 2022 3:42 PM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** It's Time To Check In

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

View as a Web Page



Join SkyMiles

## CONFIRMATION #: G6GVFO

**CHECK IN ONLINE**

Your flight on Thursday, November 3 is available for check-in.

**Trip Details**

| Thursday November 3 | DEPART | ARRIVE | SEAT |
|---|---|---|---|
| Delta 1363 | New Orleans, Louisiana 2:40 pm | LaGuardia, New York 6:48 pm | 13B |
| Delta 573 | LaGuardia, New York 9:00 pm | Boston, Massachusetts 10:15 pm | 22B |

**Prefer a Different Flight Time?**
We've made it easier to make changes to your trip — without paying a fee or contacting an agent. You can now standby for a different flight for free, if the new flight is the same day and changes are made within 24 hours of the original departure. Terms apply. **More Information ›**

**ARRIVE EARLY**

Plan to arrive at least two hours prior to your scheduled departure time for domestic flights and 3 hours for international flights. View our suggested arrival times here.

**CLOSURES AT THE SUMNER TUNNEL STARTING 6/24**

The Sumner Tunnel leading into downtown Boston will be closed weekly from Friday – Sunday until February 2023. Increased traffic delay is expected around Logan International Airport and we encourage you to plan for increased travel times or use public transportation.

**RESTRICTED HAZARDOUS ITEMS**

As a reminder, firearms, loaded or unloaded, are not permitted through TSA security checkpoints. For more information on the transport of firearms, firearms part and ammunition click here.

In addition, Delta will not accept the following as carry-on or checked baggage on any Delta mainline or Delta Connection flight:

- Smart bags with non-removeable lithium-ion batteries
- Self-balancing transportation devices (Hoverboards)
- Damaged, defective, and/or recalled lithium batteries
- Spare batteries for other devices, fuel cells, and e-cigarettes (permitted in carry-on baggage only)

Further information and specific guidelines regarding restricted items can be found here.



## Join SkyMiles®

**Start earning miles that don't expire. Join today for free ›**

## Download Our App

**Track your checked bags, check your flight status, get your boarding pass, message us and more ›**

## Calculate Your Baggage Estimate

**Get an estimate of the baggage allowance and fees for your upcoming trip. ›**

## VISIT OUR HELP CENTER

**Get all your travel questions answered with information on self service tools, baggage, SkyMiles, and more ›**

Have a great trip, and thank you for choosing Delta.



**Learn more about the Delta CareStandard<sup>SM</sup>, our commitment to cleanliness >**

Help Center     Flight Deals     Earn Miles     Give Back

Email Preferences | Privacy Policy

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

**Advice To Passengers On Limitations Of Liability**

For international travel to or from another country, airline liability is governed by the Montreal Convention or the Warsaw Convention. There are no financial limits for death or bodily injury, and the airline may make an advance payment to cover immediate economic needs. The airline's liability for passenger delay, and for loss, delay or damage to baggage may be limited by the Conventions. In case of baggage, the liability limit is 1131 Special Drawing Rights (approximately US $1787) per passenger for international travel. The baggage limit is US $3,500 per ticketed passenger for US domestic travel. These baggage liability limitations apply unless you declare a higher valuation and pay additional charges at check-in. In case of international travel, any action in court to claim damages must be brought within two years from the date of the actual or scheduled arrival of the aircraft; and, in case of baggage claims, written notice to the carrier must be made within 7 days of the receipt of checked baggage in case of damage, and, in case of delay, within 21 days from the date on which it was placed at the disposal of the passenger. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability. See the notice with your tickets or consult your airline or travel agent for further information.

**Email Subscription**

You are currently subscribed to receive Delta Messenger Notifications via email at KHADIJAH.TRIBBLE@CURALEAF.COM. If you would like to take advantage of other Delta email programs featuring special fares, promotions and information, please visit delta.com/emailprograms

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd., P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

4

This email was sent to: KHADIJAH.TRIBBLE@CURALEAF.COM

© 2022 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Sunday, November 13, 2022 6:16 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (BOS - LAS) |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: November 9, 2022

## Your trip confirmation and receipt

Save time with the American app    **Get now!**

### Record Locator: VWPOKA

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Manage your trip**

### Tuesday, November 15, 2022

| BOS | | ORD | | Seat: | 12D |
|---|---|---|---|---|---|
| **5:14** AM | | **7:14** AM | | Class: | Economy (K) |
| Boston | | Chicago O'Hare | | Meals: | |
| **AA 2265** | | | | | |

| ORD | | LAS | | Seat: | 19A |
| 8:17 AM |  | 10:18 AM | | Class: | Economy (K) |
| Chicago O'Hare | | Las Vegas | | Meals: | |
| **AA 1352** | | | | | |

---

## Thursday, November 17, 2022

| LAS | | ORD | | Seat: | 11F |
| 11:23 PM |  | 5:02 AM | | Class: | Economy (S) |
| Las Vegas | | Chicago O'Hare | | Meals: | |
| **AA 2654** | | | | | |

 Flight arrives Friday, November 18, 2022

---

## Friday, November 18, 2022

| ORD | | LGA | | Seat: | 11F |
| 6:30 AM |  | 9:29 AM | | Class: | Economy (S) |
| Chicago O'Hare | | New York La Guardia | | Meals: | |
| **AA 408** | | | | | |

---

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



---

# Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $761.20 |
| Ticket #: 0012350457846 | |
| [$672.56 + Taxes and fees $88.64] | |
| **Total cost** | **$761.20** |

## Your payment

| | |
|---|---|
| Ticket Exchange KHADIJAH T. | $761.20 |
| **Total paid** | **$761.20** |
| Refund to Trip Credit (KHADIJAH T. - 0014405359949) | $137.50 |

## Bag information

### Checked bags

| Online* | | Airport | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | $40.00 | No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

   

Book a hotel »            Book a car »            Buy trip insurance »            AAVacations »



Contact us | Privacy policy

Get the American Airlines app



Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Wednesday, November 9, 2022 12:08 PM |
| **To:** | Khadijah Tribble (She/Her/Hers) |
| **Subject:** | Your trip confirmation (BOS - LAS) |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: November 9, 2022

## Your trip confirmation and receipt

Save time with the American app    **Get now!**

### Record Locator: VWPOKA

We charged $898.70 to your card ending in 0330 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Manage your trip**

## Tuesday, November 15, 2022

BOS
### 5:14 AM
Boston

ORD
### 7:14 AM
Chicago O'Hare

Seat:    12D
Class:   Economy (K)
Meals:

**AA 2265**

ORD
**8:17** AM



LAS
**10:18** AM

Seat:   19A
Class:  Economy (K)
Meals:  Refreshment

Chicago O'Hare

Las Vegas

**AA 1352**

## Thursday, November 17, 2022

LAS
**11:46** PM



CLT
**7:01** AM

Seat:
Class:  Economy (V)
Meals:  Refreshment

Las Vegas

Charlotte

**AA 1533**

 Flight arrives Friday, November 18, 2022

## Friday, November 18, 2022

CLT
**7:44** AM



BOS
**9:48** AM

Seat:   16D
Class:  Economy (V)
Meals:

Charlotte

Boston

**AA 2380**

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**KHADIJAH TRIBBLE**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $898.70 |
| Ticket #: 0012349619573 | |
| [$793.49 + Taxes and fees $105.21] | |
| **Total cost** | **$898.70** |

## Your payment

| | |
|---|---|
| MasterCard (ending 0330) | $898.70 |
| **Total paid** | **$898.70** |

## Bag information

### Checked bags

| Online* | | Airport | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | $40.00 | No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »     Book a car »     Buy trip insurance »     AAVacations »

Contact us | Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message.

Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Saturday, December 3, 2022 7:24 PM
**To:** Khadijah Tribble (She/Her/Hers)
**Subject:** Your trip confirmation (BOS - DCA)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: December 4, 2022

## Your trip confirmation and receipt

Save time with the American app — **Get now!**

### Record Locator: MAILYT

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Manage your trip**

### Sunday, December 4, 2022

BOS
**3:30** PM
Boston

DCA
**5:13** PM
Washington Reagan

Seat: 16D
Class: Economy (Q)
Meals:

**AA 2144**

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**Khadijah Tribble**
AAdvantage® #: 9FF5L64

| | |
|---|---|
| New ticket | $163.60 |
| Ticket #: 0012354399149 | |
| [$138.60 + Taxes and fees $25.00] | |
| **Total cost** | **$163.60** |

## Your payment

| | |
|---|---|
| Trip Credit (ending 9949) | $137.50 |
| MasterCard (ending 0330) | $26.10 |
| **Total paid** | **$163.60** |

## Bag information

### Checked bags

| **Online*** | | **Airport** | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | $40.00 | No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

 Book a hotel »     Book a car »     Buy trip insurance »     AAVacations »

Contact us | Privacy policy

Get the American Airlines app

 

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

| From: | American Airlines <no-reply@info.email.aa.com> |
|---|---|
| Sent: | Friday, December 9, 2022 7:57 AM |
| To: | Khadijah Tribble (She/Her/Hers) |
| Subject: | Your trip confirmation (DCA - BOS) |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Issued: December 9, 2022

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: YQTEQM**

### Monday, December 12, 2022

**DCA**
Washington Reagan
**6:00 AM**

AA 2552

**BOS**
Boston
**7:36 AM**

Seat: **17A**
Class: **Economy (Y)**
Meals:

### Tuesday, December 13, 2022

**BOS**
Boston
**2:30 PM**

AA 2147

**DCA**
Washington Reagan

Seat: **12A**
Class: **Economy (Y)**
Meals:

1

**4:12 PM**

**Manage your trip**

# Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**Khadijah Tribble - AAdvantage® #: 9FF5L64**

| | |
|---|---|
| New ticket (0012355457711) | $11.20 |
| **Total cost** | **$11.20** |

## Your payment

| | |
|---|---|
| MasterCard (ending 0330)<br>AAdvantage® Certificate | $11.20 |
| **Total paid** | **$11.20** |

Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | $40.00 | 2nd bag | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

| Carry-on bags | |
|---|---|
| **1ˢᵗ carry-on** | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| **2ⁿᵈ carry-on** | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »        Book a car »        Buy trip insurance »        AAVacations »

Contact us



Privacy policy

© American Airlines, Inc. All Rights Reserved.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to KHADIJAH.TRIBBLE@CURALEAF.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.