UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| KHADIJAH TRIBBLE,<br><br>       Plaintiff,<br><br>v.<br><br>CURALEAF HOLDINGS, INC.,<br>MATTHEW DARIN<br><br>       Defendants. | C.A. No. 1:24-cv-12760-IT |

**STIPULATION OF DISMISSAL OF COUNTS IV, VI, VII, X, AND XI AS TO DEFENDANT MATTHEW DARIN ONLY**

Plaintiff Khadijah Tribble ("Ms. Tribble" or the "Plaintiff") and Defendants Curaleaf Holdings, Inc. ("Curaleaf" or the "Company") and Matthew Darin ("Mr. Darin") (collectively, the "Defendants" and with Ms. Tribble, collectively the "Parties") jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the voluntary dismissal of the following counts of Ms. Tribble's Amended Complaint:

    1.    Count IV, but ONLY as to Mr. Darin for alleged retaliation in violation of G.L. c. 151B, § 4(4);

    2.    Count VI, vs. Mr. Darin for alleged aiding and abetting in violation of G.L. c. 151B, § 4(5);

    3.    Count VII, vs. Mr. Darin for alleged interference with rights in violation of G.L. c. 151B, § 4(4A);

    4.    Count X, but ONLY as to Mr. Darin for alleged non-payment of wages in violation of the Massachusetts Wage Act, G.L. c. 149, § 148; and

     5.     Count XI, but ONLY as to Mr. Darin for alleged retaliation in violation of the Earn Sick Time Law, G.L. c. 149, § 148C.

Respectfully submitted,

| Plaintiff,<br>KHADIJAH TRIBBLE, | Defendant,<br>CURALEAF HOLDINGS, INC. |
|---|---|
| By Her Attorneys, | By Its Attorneys, |
| */s/ Zachary H. Hammond*<br>Todd J. Bennett (BBO# 643185)<br>tbennett@bennettandbelfort.com<br>Michaela C. May (BBO# 676834)<br>mmay@bennettandbelfort.com<br>Zachary H. Hammond (BBO# 696465)<br>zhammond@bennettandbelfort.com<br>Bennett and Belfort, P.C.<br>24 Thorndike Street, Suite 300<br>Cambridge, MA 02141<br>(617) 577-8800 | */s/ Keerthi Sugumaran*<br>Keerthi Sugumaran (BBO # 682822)<br>Keith Taubenblatt (BBO # 708748)<br>JACKSON LEWIS P.C.<br>75 Park Plaza<br>Boston, MA 02116<br>Ph: (617) 367-0025<br>Fx: (617) 367-2155<br>keerthi.sugumaran@jacksonlewis.com<br>keith.taubenblatt@jacksonlewis.com |

Date: March 13, 2025

## CERTIFICATE OF SERVICE

     I, Zachary H. Hammond, hereby certify that on this 13th day of March 2025 the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Zachary H. Hammond*